**Pay Statement**
**School District of Philadelphia**

Page: 1 of 1

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Deborah Fulton | ▮ | | 2026-02-06 | 2026-02-13 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 1,349.37 | 5,397.48 |
| Imputed Earnings | 6.68 | 26.72 |
| Pretax Deductions | 110.77 | 443.08 |
| Employee Tax Deductions | 222.38 | 889.54 |
| Net Payment | 1,009.54 | 4,038.14 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Base Pay 12 Month Earnings Results | 1,208.42 | 5,236.49 |
| Legal Fund Employer 32BJ Earnings Results | 6.68 | 26.72 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Personal Illness Earnings Deduction | -134.27 | -134.27 |
| Personal Illness Earnings Results | 134.27 | 134.27 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| PSERS Employee Results | 73.85 | 295.40 |
| PSERS Voya Employee Results | 36.92 | 147.68 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 83.66 | 334.64 |
| FIT Withheld | 26.32 | 105.28 |
| Medicare Employee Withheld | 19.56 | 78.26 |
| SIT Withheld (PA) | 41.43 | 165.72 |
| SUI Employee Withheld (PA) | 0.94 | 3.76 |
| City Withheld (PA,Philadelphia,Philadelphia) | 50.47 | 201.88 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| ▮ | Citizens Bank | 1,009.54 |

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 1

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Deborah Fulton | ███ | | 2026-02-20 | 2026-02-27 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,349.37 | 6,746.85 |
| Imputed Earnings | 6.68 | 33.40 |
| Pretax Deductions | 110.77 | 553.85 |
| Employee Tax Deductions | 222.39 | 1,111.93 |
| Net Payment | 1,009.53 | 5,047.67 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 12 Month Earnings Results | 1,342.69 | 6,579.18 |
| Legal Fund Employer 32BJ Earnings Results | 6.68 | 33.40 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Personal Illness Earnings Deduction | 0.00 | -134.27 |
| Personal Illness Earnings Results | 0.00 | 134.27 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PSERS Employee Results | 73.85 | 369.25 |
| PSERS Voya Employee Results | 36.92 | 184.60 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 83.66 | 418.30 |
| FIT Withheld | 26.32 | 131.60 |
| Medicare Employee Withheld | 19.57 | 97.83 |
| SIT Withheld (PA) | 41.43 | 207.15 |
| SUI Employee Withheld (PA) | 0.94 | 4.70 |
| City Withheld (PA,Philadelphia,Philadelphia) | 50.47 | 252.35 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| ███ | Citizens Bank | 1,009.53 |

**Pay Statement**
**School District of Philadelphia**

Page: 1 of 1

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Deborah Fulton | ███ | | 2026-03-06 | 2026-03-13 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 1,349.37 | 8,096.22 |
| Imputed Earnings | 6.68 | 40.08 |
| Pretax Deductions | 110.77 | 664.62 |
| Employee Tax Deductions | 222.40 | 1,334.33 |
| Net Payment | 1,009.52 | 6,057.19 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Base Pay 12 Month Earnings Results | 1,208.42 | 7,787.60 |
| Legal Fund Employer 32BJ Earnings Results | 6.68 | 40.08 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Personal Illness Earnings Deduction | -134.27 | -268.54 |
| Personal Illness Earnings Results | 134.27 | 268.54 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| PSERS Employee Results | 73.85 | 443.10 |
| PSERS Voya Employee Results | 36.92 | 221.52 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 83.67 | 501.97 |
| FIT Withheld | 26.32 | 157.92 |
| Medicare Employee Withheld | 19.57 | 117.40 |
| SIT Withheld (PA) | 41.43 | 248.58 |
| SUI Employee Withheld (PA) | 0.94 | 5.64 |
| City Withheld (PA,Philadelphia,Philadelphia) | 50.47 | 302.82 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| ███ | Citizens Bank | 1,009.52 |

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 1

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Deborah Fulton | ▮ | | 2026-03-20 | 2026-03-27 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,349.37 | 9,445.59 |
| Imputed Earnings | 6.68 | 46.76 |
| Pretax Deductions | 110.77 | 775.39 |
| Employee Tax Deductions | 222.38 | 1,556.71 |
| Net Payment | 1,009.54 | 7,066.73 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 12 Month Earnings Results | 1,074.15 | 8,861.75 |
| Legal Fund Employer 32BJ Earnings Results | 6.68 | 46.76 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Personal Illness Earnings Deduction | 0.00 | -268.54 |
| Personal Illness Earnings Results | 0.00 | 268.54 |
| Vacation  Earnings Deduction | -268.54 | -268.54 |
| Vacation  Earnings Results | 268.54 | 268.54 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PSERS Employee Results | 73.85 | 516.95 |
| PSERS Voya Employee Results | 36.92 | 258.44 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 83.66 | 585.63 |
| FIT Withheld | 26.32 | 184.24 |
| Medicare Employee Withheld | 19.56 | 136.96 |
| SIT Withheld (PA) | 41.43 | 290.01 |
| SUI Employee Withheld (PA) | 0.94 | 6.58 |
| City Withheld (PA,Philadelphia,Philadelphia) | 50.47 | 353.29 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| ▮ | Citizens Bank | 1,009.54 |