# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11425-AMC |
| Deborah L. Fulton, | Chapter 13 |
| Debtor. | |

**Certificate of Service**

I, Michael A. Cibik, certify that on April 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 15, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service: First Class Mail**

Advance.Cash
Attn: Bankruptcy
P.O. Box 10
Parshall, ND 58770-0010

ARS National Services Inc.
Attn: Bankruptcy
270 W 2nd Ave
Escondido, CA 92025-4147

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Creditfresh
200 Continental Drive Suite 401
Newark, DE 19713

Fifth Third Bank
Attn: Bankruptcy
Maildrop RCS83E
1830 E Paris Ave SE
Grand Rapids, MI 49546

Freedom Financial
Network/Ffam
Attn: Bankruptcy
1875 South Grant Street, Suite 400
San Mateo, CA 94402

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding LLC/Resurgent
Capital Services
Resurgent Correspondence
Attn: Bankruptcy
PO Box 1269
Greenville, SC 29602

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

RRS, Inc.
Attn: Bankruptcy
110 Veterans Memorial Blvd Ste 445
Metairie, LA 70005-4931

U.S. Department of Education
P.O. Box 16448
Saint Paul, MN 55116-0448

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617