REV bL059 3

 **pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA  17128-2005

| | | |
|---|---|---|
| | Date Issued | 05/21/2026 |
| | Letter ID | L0044095479 |
| | Social Security Number | ***-**-3171 |

EASTERN DISTRICT OF PENNSYLVANIA
900 MARKET ST SUITE 400
PHILADELPHIA, PA 19107

**Notice of Withdrawal**

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| **Account Information:** | **Bankruptcy Case Details:** |
|---|---|
| FULTON, DEBORAH L | **Case ID:** 2611425 |
| Social Security Number : ***-**-3171 | **Type:** Chapter 13 |
| | **File Date:** 06-Apr-2026 |

**Why you are receiving this notice**

If you have any questions regarding this notice, please contact the department using the information provided.

Tamika Washington

Phone: (717) 783-0337

Fax: (717) 783-4331

On **07-Apr-2026** the department sent you a Proof of Claim in the amount of **$2,991.76**.

Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim.

**What you need to do**

Please accept this letter as your authority to withdraw our claim. No further action is required.